# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-00103-01-CR-W-HFS |
| JEREMY M. DOBSON, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 13, 2017, defendant Jeremy Dobson was ordered to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 47). The examination was conducted at the Metropolitan Correctional Center in Chicago, Illinois. The Forensic Evaluation is dated April 25, 2018. The report was filed with the Court on May 7, 2018. (Doc. 71).

A hearing was held as to defendant's competency on June 14, 2018. The defendant appeared in person and through appointed counsel, Steve Patton. Assistant United States Attorney Joe Marquez appeared for the Government. Both parties stipulated that if called to testify, Robin Watkins, Ph.D., would testify consistent with the Forensic Evaluation she has submitted to the Court. In the Forensic Evaluation, Dr. Watkins opined that the available information indicates defendant Jeremy Dobson is not currently competent to proceed.

Based on the Forensic Evaluation submitted by Dr. Watkins for the defendant, Jeremy Dobson, and there being no challenge to the findings of this report, the Court finds that defendant Jeremy Dobson is not currently competent to proceed. It is, therefore

RECOMMENDED that defendant Jeremy Dobson be found incompetent to stand trial. It is further

RECOMMENDED that the court commit defendant Jeremy Dobson to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d).

Dated this 14th day of June, 2018, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge